IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII CARPENTERS TRUST FUNDS, ET AL., | ) ) ) | CIVIL NO. 11-00728 JMS/KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| FORWARD CONSTRUCTION, LLC, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on August 24, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Enter Default Judgment And Award Damages Against Defendant Forward Construction, LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 11, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge